JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Lillie Cottrell,<br><br>     Plaintiff,<br><br>  vs.<br><br>Costco Wholesale Corporation; Lane Nakasone; and Does 1 to 10,<br><br>     Defendants. | 2:20-cv-00289-RGK-PJW<br>Assigned to Hon. R. Gary Klausner, Courtroom 850, and Magistrate Judge Patrick J. Walsh, Courtroom 790<br>(Complaint filed on December 4, 2019)<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Joint Stipulation] |

     Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action with Prejudice, and finding that good cause exists, the Court hereby ORDERS that Plaintiff's case 2:20-cv-00289-RGK-PJW is hereby **DISMISSED** with prejudice in its entirety.

DATED: March 4, 2020       _____

                        Judge R. Gary Klausner
               UNITED STATES DISTRICT JUDGE